UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALASKA LABORERS-EMPLOYERS RETIREMENT FUND; AUGUSTINE J. MERRICK II AND STEVE GERAGHTY IN THEIR CAPACITY AS FIDUCIARIES OF THE ALASKA LABORERS-EMPLOYERS RETIREMENT FUND,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANZ GLOBAL INVESTORS U.S. LLC,<br><br>Defendant. | Case No. 1:21 Civ. 1879 (KPF) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiffs Alaska Laborers-Employers Retirement Fund, Augustine J. Merrick II and Steve Geraghty in their capacity as fiduciaries of the Alaska Laborers-Employers Retirement Fund and Defendant Allianz Global Investors U.S. LLC have reached a settlement disposing of all claims asserted in the above-captioned action (the "Action"); and

WHEREAS, Allianz Global Investors U.S. Holdings LLC, Allianz SE, Allianz Asset Management GmbH, Allianz of America, Inc., Allianz Asset Management of America Holdings Inc., Allianz Asset Management of America LLC, Allianz Asset Management of America LP, and PFP Holdings Inc. (collectively, the "Affiliate Defendants") were previously dismissed from the Action without prejudice, and Plaintiffs and Defendant agree that the prior dismissal of the Affiliate Defendants should be converted into one with prejudice;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), the

Action and all claims asserted herein against all past and present defendants shall be, and hereby are, dismissed with prejudice, with each party to bear its own costs.

Dated: April 26, 2022
New York, New York

_____
David S. Preminger
KELLER ROHRBACK L.L.P.
1140 Sixth Avenue, 9th Floor
New York, NY 10036
Tel.: (646) 380-6690
Fax: 646) 380-6692
dpreminger@kellerrohrback.com

Erin M. Riley
eriley@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: 206-623-1900
Fax: 206-623-3384

Jeffrey Lewis
jlewis@kellerrohrback.com
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Tel.: (510) 463-3900
Fax: (510) 463-3901

Gary A. Gotto
ggotto@kellerrohrback.com
3101 N. Central Ave., Suite 1400
Phoenix, AZ. 85012
Tel.: (602) 230-6322
Fax: (602) 230-6362

*Counsel for Plaintiffs Alaska Laborers-Employers Retirement Fund; and Augustine J. Merrick II and Steve Geraghty in their capacity as fiduciaries of the Alaska Laborers-Employers Retirement Fund*

_____
Robert J. Giuffra, Jr.
Stephanie G. Wheeler
Kathleen S. McArthur
Ann-Elizabeth Ostrager
Jacob M. Croke
Hilary M. Williams
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2468
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for Defendant Allianz Global Investors U.S. LLC and the Affiliate Defendants*

_____
Robert A. Skinner
Amy D. Roy
Mary Elizabeth Brust
William T. Davison
Cole A. Goodman
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Co-Counsel for Defendant Allianz Global Investors U.S. LLC*

Action and all claims asserted herein against all past and present defendants shall be, and hereby are, dismissed with prejudice, with each party to bear its own costs.

Dated: _____ \_\_, 2022
       New York, New York

_____
David S. Preminger
KELLER ROHRBACK L.L.P.
1140 Sixth Avenue, 9th Floor
New York, NY 10036
Tel.: (646) 380-6690
Fax: 646) 380-6692
dpreminger@kellerrohrback.com

Erin M. Riley
eriley@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: 206-623-1900
Fax: 206-623-3384

Jeffrey Lewis
jlewis@kellerrohrback.com
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Tel.: (510) 463-3900
Fax: (510) 463-3901

Gary A. Gotto
ggotto@kellerrohrback.com
3101 N. Central Ave., Suite 1400
Phoenix, AZ. 85012
Tel.: (602) 230-6322
Fax: (602) 230-6362

*Counsel for Plaintiffs Alaska Laborers-Employers Retirement Fund; and Augustine J. Merrick II and Steve Geraghty in their capacity as fiduciaries of the Alaska Laborers-Employers Retirement Fund*

_____
Robert J. Giuffra, Jr.
Stephanie G. Wheeler
Kathleen S. McArthur
Ann-Elizabeth Ostrager
Jacob M. Croke
Hilary M. Williams
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2468
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for Defendant Allianz Global Investors U.S. LLC and the Affiliate Defendants*

_____
Robert A. Skinner
Amy D. Roy
Mary Elizabeth Brust
William T. Davison
Cole A. Goodman
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Co-Counsel for Defendant Allianz Global Investors U.S. LLC*